

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harry H. Davallou | **Civil Action No.** 20-cv-00619-DMS-MDD |
| **Plaintiff,** | |
| **V.** | |
| Glenmark Pharmaceuticals US Head Quarters, a business of unknown form | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion is granted. This case is hereby dismissed with prejudice.

Date:        1/19/21

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler

M. Exler, Deputy